JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GILBERTO LEMUS,                )   Case No. EDCV 13-2212 RNB
                               )
             Plaintiff,        )
                               )   **JUDGMENT**
        vs.                    )
                               )
CAROLYN W. COLVIN, Acting      )
Commissioner of Social Security,)
                               )
             Defendant.        )

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: August 15, 2014

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE